**NOT FOR PUBLICATION**

FILED

MAY 4 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS


## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: RICHARD STEPHEN KVASSAY, Debtor, ------------------------------ RICHARD STEPHEN KVASSAY, Appellant, v. ROBERT V. KVASSAY, individually and as Trustee of the Kvassay Family Trust dated February 26, 1993, Appellee. | No.  19-60013 BAP No. 18-1149 MEMORANDUM* |

Appeal from the Ninth Circuit
Bankruptcy Appellate Panel
Taylor, Faris, and Kurtz, Bankruptcy Judges, Presiding

Submitted April 15, 2020**
Pasadena, California

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Before:  THOMAS, Chief Judge, and FERNANDEZ and W. FLETCHER, Circuit Judges.

Richard Stephen Kvassay appeals the bankruptcy appellate panel's ("BAP") decision affirming the bankruptcy court's grant of summary judgment against him in his adversary proceeding against Robert V. Kvassay.  We affirm for the reasons set forth in the BAP's excellent memorandum disposition,[1] which we adopt.

**AFFIRMED**.

---

[1]*Kvassay v. Kvassay (In re Kvassay)*, No. CC-18-1148-TaFKu, 2019 WL 545673 (B.A.P. 9th Cir. Feb. 11, 2019).